IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
JUL 15 2011
CLERK, US DISTRICT COURT
NORFOLK, VA

JAMES DENNIS,

        Plaintiff,

v.                                                                                      Civil Action No. 2:11cv 401

WELLS FARGO BANK, N.A.,
FEDRAL HOME LOAN MORTGAGE
CORPORATION
AND
SAMUEL I. WHITE, P.C., TRUSTEE,

        Defendants.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant **FEDERAL HOME LOAN MORTGAGE CORPORATION ("FREDDIE MAC")** in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of Freddie Mac.

Or

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owner or members of non-publicly traded entities such as LLCs or other closely held entities:

Or

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for _____ in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

July 15, 2011
Date

                        Signature of Attorney or Litigant
                        Federal Home Loan Mortgage Corporation

*Note:* Under LR. 7.1(A)(1), this form is to be filed *in duplicate* with the Clerk of Court.
Rev. 7/14/04

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July 2011, a true copy of the foregoing Financial Interest Disclosure Statement was sent *via* First-Class Mail, postage prepaid, to:

> Amy Disel Allman, Esq.
> Virginia Legal Aid Society, Inc.
> 155 East Washington Street
> P.O. Box 3356
> Suffolk, VA 23439-3359
> (757) 539-3441
> (757) 539-5142 Facsimile
> *Counsel for Plaintiff James Dennis*

/s/ R. Ellen Coley
Hunter W. Sims, Jr. (VSB No. 09218)
Email: hwsims@kaufcan.com
J. Bradley Reaves (VSB No. 71389)
Email: jbreaves@kaufcan.com
R. Ellen Coley (VSB No. 75970)
Email: recoley@kaufcan.com
Kaufman & Canoles, P. C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000
(757) 624-3169 Facsimile
*Counsel for Defendants*
*Wells Fargo Bank, N.A., Federal Home*
*Loan Mortgage Corporation and*
*Samuel I. White, P.C., Trustee*

11182346_1.DOC

2