UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
JUL 1 5 2011
CLERK, US DISTRICT COURT
NORFOLK, VA

JAMES DENNIS,

    Plaintiff,

v.                                              Civil Action No. 2:11cv_401_

WELLS FARGO BANK, N.A.,
FEDRAL HOME LOAN MORTGAGE
CORPORATION
AND
SAMUEL I. WHITE, P.C., TRUSTEE,

    Defendants.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant _____ in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____
_____

Or

    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owner or members of non-publicly traded entities such as LLCs or other closely held entities:

Or

    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for defendant **SAMUEL I WHITE, P.C.** in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

July 15, 2011                        [signature]
Date                                Signature of Attorney or Litigant
                                      Samuel I. White, P.C., Trustee

*Note: Under LR. 7.1(A)(1), this form is to be filed in duplicate with the Clerk of Court.*
Rev. 7/14/04

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July 2011, a true copy of the foregoing Financial Interest Disclosure Statement was sent *via* First-Class Mail, postage prepaid, to:

>Amy Disel Allman, Esq.
>Virginia Legal Aid Society, Inc.
>155 East Washington Street
>P.O. Box 3356
>Suffolk, VA 23439-3359
>(757) 539-3441
>(757) 539-5142 Facsimile
>*Counsel for Plaintiff James Dennis*

>*/s/ R. Ellen Coley*
>_____
>Hunter W. Sims, Jr. (VSB No. 09218)
>Email: hwsims@kaufcan.com
>J. Bradley Reaves (VSB No. 71389)
>Email: jbreaves@kaufcan.com
>R. Ellen Coley (VSB No. 75970)
>Email: recoley@kaufcan.com
>Kaufman & Canoles, P. C.
>150 West Main Street, Suite 2100
>Norfolk, VA 23510
>(757) 624-3000
>(757) 624-3169 Facsimile
>*Counsel for Defendants Wells Fargo Bank, Freddie Mac and SIWPC*

11182266_1.DOC