IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
JUL 15 2011
CLERK, US DISTRICT COURT
NORFOLK, VA

JAMES DENNIS,

    Plaintiff,

v.                                                      Civil Action No.: 2:11cv 401

WELLS FARGO BANK, N.A., *et al.*,

    Defendants.

## DEFENDANTS' MOTION TO DISMISS

Defendants Wells Fargo Bank, N.A., Federal Home Loan Mortgage Corporation and Samuel I. White, P.C., Trustee (collectively, the "Defendants"), by and through counsel, move this Court to dismiss James Dennis' Complaint, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of this Motion, Defendants incorporate by reference and rely upon the arguments and authorities set forth in their Memorandum in Support of Motion to Dismiss filed together herewith.

                                      WELLS FARGO BANK, N.A.,
                                      FEDERAL HOME LOAN MORTGAGE
                                      CORPORATION,
                                      AND SAMUEL I. WHITE, P.C., TRUSTEE



                                      By: _____
                                                   Counsel

Hunter W. Sims, Jr. (VSB No. 09218)
Email: hwsims@kaufcan.com
J. Bradley Reaves (VSB No. 71389)
Email: jbreaves@kaufcan.com
R. Ellen Coley (VSB No. 75970)
Email: recoley@kaufcan.com
Kaufman & Canoles, P. C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000
(757) 624-3169 Facsimile
*Counsel for Defendants*
*Wells Fargo Bank, N.A., Federal Home*
*Loan Mortgage Corporation and*
*Samuel I. White, P.C., Trustee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July 2011, a true copy of the foregoing was sent *via* First-Class Mail, postage prepaid, to:

>Amy Disel Allman, Esq.
>Virginia Legal Aid Society, Inc.
>155 East Washington Street
>P.O. Box 3356
>Suffolk, VA 23439-3359
>(757) 539-3441
>(757) 539-5142 Facsimile
>*Counsel for Plaintiff*

>*/s/ R. Ellen Coley*
>Hunter W. Sims, Jr. (VSB No. 09218)
>Email: hwsims@kaufcan.com
>J. Bradley Reaves (VSB No. 71389)
>Email: jbreaves@kaufcan.com
>R. Ellen Coley (VSB No. 75970)
>Email: recoley@kaufcan.com
>Kaufman & Canoles, P. C.
>150 West Main Street, Suite 2100
>Norfolk, VA 23510
>(757) 624-3000
>(757) 624-3169 Facsimile
>*Counsel for Defendants*
>*Wells Fargo Bank, N.A., Federal Home Loan Mortgage Corporation and Samuel I. White, P.C., Trustee*

11183989_1.DOC