UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JAMES DENNIS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:11-cv-00401-MSD |
| WELLS FARGO BANK, N.A., FEDERAL HOME LOAN MORTGAGE CORPORATION, AND SAMUEL I. WHITE, P.C. | ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE HIS BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT**

Plaintiff, James Dennis, by counsel, and pursuant to Local Civil Rule 7(F)(2) of the Eastern District of Virginia, respectfully files this Motion for an Extension of Time to File His Brief in Opposition to Defendants' Motion to Dismiss Complaint. In support of this motion, James Dennis states as follows:

1. James Dennis filed his Complaint in this action on or about June 22, 2011, in the Circuit Court of the City of Suffolk.

2. Defendants filed a Notice of Removal, Motion to Dismiss, and Memorandum of Law in Support of Defendants' Motion to Dismiss Complaint on or about July 15, 2011 in the United States District Court for the Eastern District of Virginia, Norfolk Division.

3. James Dennis was served with the Notice of Removal, Motion to Dismiss, and Memorandum of Law in Support of Defendants' Motion to Dismiss Complaint on or about July 18, 2011, making his Brief in Opposition to Defendants' Motion to Dismiss Complaint due on or about July 29, 2011.

4. Mr. Dennis seeks an extension up to and including August 12, 2011, to prepare and file his Brief in Opposition to Defendants' Motion to Dismiss Complaint.

5. Counsel for Defendants Wells Fargo Bank, N.A., Federal Home Loan Mortgage Corporation, and Saumel I. White, P.C., Trustee have confirmed that they do not oppose this motion.

6. The Plaintiff is circulating an Agreed Order to all counsel, a copy of which is filed herewith as Exhibit A. The Plaintiff will file the Agreed Order with the Court as soon as it is endorsed by all parties or their counsel.

WHEREFORE, for the foregoing reasons, Plaintiff, James Dennis, by counsel, respectfully requests that the Court grant his motion to extend the time to respond with his Opposition to Defendants' Motion to Dismiss up to and including August 12, 2011.

Respectfully submitted,

JAMES DENNIS

By Counsel

/s/ Amy Disel Allman
Amy Disel Allman (VSB # 76177)
Virginia Legal Aid Society, Inc.
155 East Washington Street
P.O. Box 3356
Suffolk, Virginia 23439-3359
Telephone: (757) 539-3441 ext. 15
Facsimile: (757) 539-5142
Email: amyd@vlas.org
Counsel for Plaintiff, James Dennis

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July, I electronically filed Plaintiff's Unopposed Motion for Extension of Time to File His Brief in Opposition to Defendants' Motion to Dismiss Complaint with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Hunter W. Sims, Jr. (VSB # 09218)
Email: hwsims@kaufcan.com
J. Bradley Reaves (VSB # 71389)
R. Ellen Coley (VSB #75970)
Email: recoley@kaufcan.com
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Telephone: (757)624-3000
Facsimile: (757)624-3169
Counsel for Defendants

/s/ Amy Disel Allman
Amy Disel Allman (VSB # 76177)
Virginia Legal Aid Society, Inc.
155 East Washington Street
P.O. Box 3356
Suffolk, Virginia 23439-3359
Telephone: (757) 539-3441 ext. 15
Facsimile: (757) 539-5142
Email: amyd@vlas.org
Counsel for Plaintiff, James Dennis

3