UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JAMES DENNIS, | ) |
| Plaintiff, | ) |
| v. | ) |
| WELLS FARGO BANK, N.A., | ) Civil Action No. 2:11-cv-00401-MSD |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, AND | ) |
| SAMUEL I. WHITE, P.C. | ) |
| Defendants. | ) |

## WITHDRAWAL OF PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE HIS BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT

Plaintiff, James Dennis, by counsel, respectfully files this Withdrawal of his Motion for an Extension of Time to File His Brief in Opposition to Defendants' Motion to Dismiss Complaint which was filed electronically on July 28, 2011. In support of this withdrawal, James Dennis states as follows:

1. Plaintiff electronically filed his Motion for an Extension of Time to File His Brief in Opposition to Defendants' Motion to Dismiss Complaint on July 28, 2011 with the Clerk of the Court using the CM/ECF system.

2. On July 29, 2011, Plaintiff was notified by the Clerk of the Court that the documents submitted electronically with this motion were scanned in sideways and need to be resubmitted.

3. In order to correct this, Plaintiff was instructed by the Court Clerk to withdraw the Motion submitted electronically on July 28, 2011 and resubmit the properly scanned document as of today's date.

4. Plaintiff states that he will promptly refile the correctly imaged Motion and Agreed Order today.

WHEREFORE, for the foregoing reasons, Plaintiff, James Dennis, by counsel, respectfully requests that the Court grant his Withdrawal of His Motion to Extend the Time to Respond with His Opposition to Defendants' Motion to Dismiss Complaint.

Respectfully submitted,

JAMES DENNIS

By Counsel

/s/ Amy Disel Allman
Amy Disel Allman (VSB # 76177)
Virginia Legal Aid Society, Inc.
155 East Washington Street
P.O. Box 3356
Suffolk, Virginia 23439-3359
Telephone: (757) 539-3441 ext. 15
Facsimile: (757) 539-5142
Email: amyd@vlas.org
Counsel for Plaintiff, James Dennis

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July, I electronically filed the Withdrawal of Plaintiff's Unopposed Motion for Extension of Time to File His Brief in Opposition to Defendants' Motion to Dismiss Complaint with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>	Hunter W. Sims, Jr. (VSB # 09218)
>	Email:hwsims@kaufcan.com
>	J.Bradley Reaves (VSB # 71389)
>	R. Ellen Coley (VSB #75970)
>	Email: recoley@kaufcan.com
>	Kaufman & Canoles, P.C.
>	150 West Main Street, Suite 2100
>	Norfolk, Virginia 23510
>	Telephone: (757)624-3000
>	Facsimile: (757)624-3169
>	Counsel for Defendants

/s/ Amy Disel Allman
Amy Disel Allman (VSB # 76177)
Virginia Legal Aid Society, Inc.
155 East Washington Street
P.O. Box 3356
Suffolk, Virginia 23439-3359
Telephone: (757) 539-3441 ext. 15
Facsimile: (757) 539-5142
Email: amyd@vlas.org
Counsel for Plaintiff, James Dennis