UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
AUG - 2 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| JAMES DENNIS, | ) |
| Plaintiff, | ) |
| v. | ) |
| WELLS FARGO BANK, N.A., | ) Civil Action No. 2:11-cv-00401-MSD |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, AND | ) ) |
| SAMUEL I. WHITE, P.C. | ) |
| Defendants. | ) ) |

**AGREED ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE HIS BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DIMISS COMPLAINT**

Having reviewed Plaintiff's Unopposed Motion for Extension of Time to File His Brief in Opposition to Defendants' Motion to Dismiss Complaint, the Court finds that Counsel for Defendants do not object to this motion and it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that Plaintiff, James Dennis, shall file his Brief in Opposition to Defendants' Motion to Dismiss Complaint on or before August 12, 2011.

IT IS SO ORDERED.

_____
United States ~~District Judge Mark S. Davis~~
Magistrate Judge

Norfolk, Virginia
Dated: _August 2_, 2011

2

**WE ASK FOR THIS:**

*/s/ Amy Disel Allman*

Amy Disel Allman (VSB # 76177)
Virginia Legal Aid Society, Inc.
155 East Washington Street
P.O. Box 3356
Suffolk, Virginia 23439-3359
Telephone: (757) 539-3441 ext. 15
Facsimile: (757) 539-5142
Email: amyd@vlas.org

**Counsel for Plaintiff, James Dennis**


**SEEN AND AGREED:**

*/s/ R. Ellen Coley*

Hunter W. Sims, Jr. (VSB # 09218)
Email: hwsims@kaufcan.com
J. Bradley Reaves (VSB # 71389)
R. Ellen Coley (VSB #75970)
Email: recoley@kaufcan.com
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Telephone: (757)624-3000
Facsimile: (757)624-3169

**Counsel for Defendants, Wells Fargo Bank, N.A., Federal Home Mortgage Loan Corporation, and Samuel I. White, P.C., Trustee**

3