**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**JAMES DENNIS,**

    **Plaintiff,**

v.                                                              Civil Action No. 2:11cv401

**WELLS FARGO BANK, N.A.,**
**FEDRAL HOME LOAN MORTGAGE**
**CORPORATION**
**AND**
**SAMUEL I. WHITE, P.C., TRUSTEE,**

    **Defendants.**

## NOTICE OF REQUEST FOR HEARING

Defendants, Wells Fargo Bank, N.A., Federal Home Loan Mortgage Corporation and Samuel I. White, P.C., Trustee, by counsel, hereby notice their request for a hearing on their Motion to Dismiss [Dkt. 6].

Dated this 3rd day of August, 2011.

                                                  **WELLS FARGO BANK, N.A.,**
                                                  **FEDERAL HOME LOAN MORTGAGE**
                                                  **CORPORATION AND**
                                                  **SAMUEL I. WHITE, P.C., TRUSTEE**

                                                  By /s/ R. Ellen Coley
                                                  Hunter W. Sims, Jr. (VSB No. 09218)
                                                  Email: hwsims@kaufacn.com
                                                  J. Bradley Reaves (VSB No. 71389)
                                                  Email: jbreaves@kaufcan.com
                                                  R. Ellen Coley (VSB No. 75970)
                                                  Email: recoley@kaufcan.com
                                                  Kaufman & Canoles, P. C.
                                                  150 West Main Street, Suite 2100
                                                  Norfolk, VA 23510
                                                  (757) 624-3000
                                                  (757) 624-3169 Facsimile
                                                  *Counsel for Defendants*
                                                  *Wells Fargo Bank, N.A., Federal Home*
                                                  *Loan Mortgage Corporation and*
                                                  *Samuel I. White, P.C., Trustee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August 2011, a true copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Amy Disel Allman, Esq.
>Virginia Legal Aid Society, Inc.
>155 East Washington Street
>P.O. Box 3356
>Suffolk, VA 23439-3359
>(757) 539-3441
>(757) 539-5142 Facsimile
>*Counsel for Plaintiff*

>By /s/ R. Ellen Coley
>Hunter W. Sims, Jr. (VSB No. 09218)
>Email: hwsims@kaufacn.com
>J. Bradley Reaves (VSB No. 71389)
>Email: jbreaves@kaufcan.com
>R. Ellen Coley (VSB No. 75970)
>Email: recoley@kaufcan.com
>Kaufman & Canoles, P. C.
>150 West Main Street, Suite 2100
>Norfolk, VA 23510
>(757) 624-3000
>(757) 624-3169 Facsimile
>*Counsel for Defendants*
>*Wells Fargo Bank, N.A., Federal Home*
>*Loan Mortgage Corporation and*
>*Samuel I. White, P.C., Trustee*

11220078_1.DOC