## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | | |
|---|---|---|
| **JAMES DENNIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Civil Action No. 2:11cv401-MSD |
| v. | ) | |
| | ) | |
| **WELLS FARGO BANK, N.A.,** | ) | |
| **FEDERAL HOME LOAN MORTGAGE** | ) | |
| **CORPORATION, AND** | ) | |
| **SAMUEL I. WHITE** | ) | |
| | ) | |
| **Defendants.** | ) | |

NOTICE OF APPEARANCE

Please take notice that Susan Mary Rotkis of Consumer Litigation Associates, P.C. 12515 Warwick Blvd., Suite 100, Newport News, VA 23606, hereby enters her appearance on behalf of the Plaintiff in the above-styled case.  Please copy her on all matters.

Respectfully,

_____/s/_____
Susan Mary Rotkis, Esq.
VSB #40693
CONSUMER LITIGATION
ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Telephone (757) 930-3660
Facsimile (757) 930-3662
srotkis@clalegla.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, I electronically filed this Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Hunter W. Sims, Jr. (VSB # 09218)
> Email:hwsims@kaufcan.com
> J.Bradley Reaves (VSB # 71389)
> R. Ellen Coley (VSB #75970)
> Email: recoley@kaufcan.com
> Kaufman & Canoles, P.C.
> 150 West Main Street, Suite 2100
> Norfolk, Virginia 23510
> Telephone: (757)624-3000
> Facsimile: (757)624-3169
> Counsel for Defendants

_____/s/_____
Susan Mary Rotkis, VSB # 40693
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Blvd., Suite 100
Newport News, Virginia 23606
Telephone (757) 930-3660
Facsimile (757) 930-3662
srotkis@clalegal.com

Counsel for Plaintiff, James Dennis