# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| **JAMES DENNIS,**            ) | |
|                              ) | |
| **Plaintiff,**               ) | |
|                              ) | Civil Action No. 2:11cv401-MSD |
| v.                           ) | |
|                              ) | |
| **WELLS FARGO BANK, N.A.,**  ) | |
| **FEDERAL HOME LOAN MORTGAGE** ) | |
| **CORPORATION, AND**         ) | |
| **SAMUEL I. WHITE, P.C.,**   ) | |
|                              ) | |
| **Defendants.**              ) | |

## NOTICE OF APPEARANCE

Please take notice that Leonard Anthony Bennett of Consumer Litigation Associates, P.C. 12515 Warwick Blvd., Suite 100, Newport News, VA 23606, hereby enters his appearance on behalf of the Plaintiff in the above-styled case. Please copy him on all matters.

                Respectfully,

                _____/s/_____
                Leonard Anthony Bennett, Esq.
                VSB #37523
                CONSUMER LITIGATION
                ASSOCIATES, P.C.
                12515 Warwick Boulevard, Suite 100
                Newport News, Virginia 23606
                Telephone (757) 930-3660
                Facsimile (757) 930-3662
                lenbennett@cox.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, I electronically filed this Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Hunter W. Sims, Jr. (VSB # 09218)
>Email:hwsims@kaufcan.com
>J.Bradley Reaves (VSB # 71389)
>R. Ellen Coley (VSB #75970)
>Email: recoley@kaufcan.com
>Kaufman & Canoles, P.C.
>150 West Main Street, Suite 2100
>Norfolk, Virginia 23510
>Telephone: (757)624-3000
>Facsimile: (757)624-3169
>Counsel for Defendants

>_____/s/_____
>Leonard Anthony Bennett, Esq.
>VSB #37523
>CONSUMER LITIGATION ASSOCIATES, P.C.
>12515 Warwick Blvd., Suite 100
>Newport News, Virginia 23606
>Telephone (757) 930-3660
>Facsimile (757) 930-3662
>lenbennett@cox.net
>
>Counsel for Plaintiff, James Dennis