# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**JAMES DENNIS,**

    **Plaintiff,**

**v.**                                                                                               **Civil Action No.:  2:11cv401**

**WELLS FARGO BANK, N.A.,**
**FEDERAL HOME LOAN MORTGAGE**
**CORPORATION,**
**AND**
**SAMUEL I. WHITE, P.C.,**

    **Defendants.**

## NOTICE OF REQUEST FOR HEARING

Defendants, Wells Fargo Bank, N.A., Federal Home Loan Mortgage Corporation, and Samuel I. White, P.C., by counsel, hereby notice their request for a hearing on their Motion to Dismiss Amended Complaint [Dkt. 19].

Dated this 26th day of September, 2011.

        **WELLS FARGO BANK, N.A.,**
        **FEDERAL HOME LOAN MORTGAGE**
        **CORPORATION**
        **AND SAMUEL I. WHITE, P.C.**

        By /s/ Hunter W. Sims, Jr.
        Hunter W. Sims, Jr. (VSB No 09218)
        Email:  hwsims@kaufcan.com
        J. Bradley Reaves (VSB No. 71389)
        Email:  jbreaves@kaufcan.com
        R. Ellen Coley (VSB No. 75970)
        Email:  recoley@kaufcan.com
        Kaufman & Canoles, P. C.
        150 West Main Street, Suite 2100
        Norfolk, VA 23510
        (757) 624-3000
        (757) 624-3169 Facsimile
        *Counsel for Defendants*
        *Wells Fargo Bank, N.A., Federal Home*
        *Loan Mortgage Corporation and*
        *Samuel I. White, P.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September 2011, a true copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Amy Disel Allman, Esquire
>E-mail: amyd@vlas.org
>Virginia Legal Aid Society, Inc.
>155 East Washington Street
>Suffolk, VA 23439-3359
>(757) 539-3441
>(757) 539-5142 Facsimile
>*Counsel for Plaintiff*
>
>Leonard A. Bennett, Esquire
>E-mail: lenbennett@cox.net
>Susan M. Rotkis, Esquire
>E-mail: srotkis@clalegal.com
>Consumer Litigation Associates, PC
>12515 Warwick Boulevard, Suite 100
>Newport News, VA 23606
>(757) 930-3660
>(757) 930-3662 Facsimile
>*Counsel for Plaintiff*

>>By /s/ Hunter W. Sims, Jr.
>>Hunter W. Sims, Jr. (VSB No 09218)
>>Email: hwsims@kaufcan.com
>>J. Bradley Reaves (VSB No. 71389)
>>Email: jbreaves@kaufcan.com
>>R. Ellen Coley (VSB No. 75970)
>>Email: recoley@kaufcan.com
>>Kaufman & Canoles, P. C.
>>150 West Main Street, Suite 2100
>>Norfolk, VA 23510
>>(757) 624-3000
>>(757) 624-3169 Facsimile
>>*Counsel for Defendants*
>>*Wells Fargo Bank, N.A., Federal Home*
>>*Loan Mortgage Corporation and*
>>*Samuel I. White, P.C.*

11318710_1.DOC