UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



JAMES DENNIS,

      Plaintiff,

v.                                                                    Civil Action No. 2:11-cv-00401-MSD

WELLS FARGO BANK, N.A., et al,

      Defendants.

### ORDER

This matter is before the court on Plaintiff's motion for leave to file a statement of supplemental authority to his opposition to the motion to dismiss. (Docket No. 22). Having considered the matter, finding that it is based on good cause shown, and deeming it otherwise proper and just to do so, it is hereby ORDERED

(1)    Plaintiff's Motion for Leave to File Supplemental Authority is GRANTED.

     It is so ORDERED.

enter: OCT 4 2011

/s/
Tommy E. Miller
United States Magistrate Judge
~~United States District Judge~~