# *UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
  Norfolk   DIVISION

**Monday, March 5, 2012**

**MINUTES OF PROCEEDINGS** **IN**   Open Court
**PRESENT**: THE HONORABLE   Mark S. Davis, District Judge

Courtroom Deputy Clerk: Valerie A. Ward
Law Clerk:   Matthew Carr                              Reporter: Paul McManus

| Set: 2:30 p.m. | Started: 2:30 p.m. | Ended: 2:45 p.m. |
|---|---|---|
| Case No.   2:11cv401 | | |
| James Dennis | | |
| v. | | |
| Wells Fargo Bank, N.A., et al. | | |

| |
|---|
| Susan Rotkis and Amy Allman, present on behalf of the Plaintiff. |
| Hunter Sims present on behalf of the defendants. |
| Matter came on for a status conference. |
| Comments of counsel heard. |
| Comments of the Court. |
| Court advised that counsel will have until 3/16/12 to get a dismissal order into the Court.   If an order is not received by that date, the Court will enter its own order dismissing the case. |
| Court adjourned. |

Total Hours: _____