**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**JAMES DENNIS,**
**Plaintiff,**
**v.**
**WELLS FARGO BANK, N.A., FEDERAL HOME LOAN MORTGAGE CORPORATION, and**

**SAMUEL I. WHITE, P.C.**
**Defendants.**

**Civil Action No. 2:11-cv-00401-MSD**

## STIPULATION OF DISMISSAL

NOW COMES the Plaintiff, James Dennis, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the consent of all parties who have appeared, and stipulates to the dismissal of this action with prejudice.

Respectfully submitted,

**JAMES DENNIS**

/s/

Susan Mary Rotkis (VSB No. 40693)
E-mail: srotkis@clalegal.com
Leonard A. Bennett (VSB No. 37523)
E-mail: lenbennett@clalegal.com
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601
Phone: 757/930-3660
Fax: 757/930-3662

Amy Disel Allman (VSB No. 76177)
Virginia Legal Aid Society, Inc.
155 East Washington Street
P.O. Box 3356
Suffolk, Virginia 23439-3359
Telephone: (757) 539-3441 ext. 15

Facsimile: (757) 539-5142
amyd@vlas.org
***Counsel for Plaintiff***

The Defendants, Wells Fargo Bank, N.A., d/b/a Wells Fargo Home Mortgage, by counsel, agrees to this stipulation.

/s/

J. Bradley Reaves (VSB No. 71389)
E-mail: jbreaves@kaufcan.com
Hunter W. Sims Jr. (VSB No. 09218)
E-mail: hwsims@kaufcan.com
R. Ellen Coley
Email: rcoley@kaufcan.com
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510-1665
Phone: 757/624-3205
Fax: 757/624-3169
***Counsel for Defendant Wells Fargo Bank, N.A., d/b/a Wells Fargo Home Mortgage, Inc.***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of March 2012, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Hunter W. Sims, Jr.
Email:hwsims@kaufcan.com
J.Bradley Reaves
R. Ellen Coley
Email: recoley@kaufcan.com
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Telephone: (757)624-3000
Facsimile: (757)624-3169
Counsel for Defendants

/s/

Susan M. Rotkis, VSB No. 40693
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Blvd Suite 1A
Newport News, Virginia 23601
Telephone (757) 930-3660
Facsimile (757) 930-3662
srotkis@clalegal.com